**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANDRE HUNTER
ADC #106207                                                                                          PETITIONER

V.                                          5:05CV00073 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order that was entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED THAT the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (docket entry #2) is DISMISSED, WITH PREJUDICE.

Dated this 27th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE